## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **CRIMINAL NO.: 12-cr-00063-EGS** |
| **v.** | : | |
| | : | |
| | : | **FILED** |
| **JAMES EDWARD MILLER,** | : | |
| | : | SEP 1 7 2012 |
| **Defendant.** | : | Clerk, U.S. District & Bankruptcy |
| | : | Courts for the District of Columbia |

### FIRST AMENDED ORDER OF FORFEITURE

*WHEREAS*, the defendant has pled guilty to an Information charging Conspiracy to Commit

Money Laundering, in violation of Title 18, United States Code, Section 1956(h); and

*WHEREAS*, the Information alleged the forfeiture of property, that is:

#### Money Judgment

$4,055,063, which represents the value of the property involved in the offense alleged in Count One, or any property traceable to such property.

#### Other Property

$2,000,000 transferred, on or about March 27, 2009, from Monarch Bank Big Surf Construction Management, LLC, account # XXXXX-4344 to First Caribbean International Bank (Bahamas) account # XXX-3684 held in the name of Alliance Investment Management, Ltd.

$218,000 transferred, on or about April 24, 2009, from Monarch Bank Big Surf Construction Management, LLC, account # XXXXX-4344 to Banco General, S.A. (Panama) account # XX-XX-XX-XXX925-1 held in the name of JP Ventures, Inc.

335 Bobcat Compact Excavator # A16U12012

T190 Compact Track Loader # 531618441

2007 Dodge Ram 3500, VIN 3D6WH46A37G801676

2008 Chevrolet Silverado, VIN 1GCHC23668F109657

2005 Hyundai Tuscon, VIN KM8JM12BX5UO98978

Ladies diamond hinged line bracelet set in platinum, Sku # 135-10989, purchased on or about January 23, 2010

Gentlemen's Corum Admiral's Cup Marees Wristwatch, Sku # 617-10750, purchased on or about January 28, 2009

Pair of diamond earrings set in 14-karat white gold three-prong martini style, Sku # 011-10089, purchased on or about January 27, 2009

Diamond engagement ring channel set in platinum Thibaude mounting, Sku # 112-10585 & Sku # 009-10023, purchased on or about January 27, 2009

Men's platinum A. Jaffe diamond band ring, Sku # 117-10463, purchased on or about February 5, 2011

Ladies platinum wideband diamond eternity jewelry, Sku # 190-10311, purchased on or about February 5, 2011

The real property located at 912 S. Oriole Drive, Virginia Beach, VA

**Substitute Property**

All funds contained in HSBC Bank account # XXXXX-0492 held in the name of James Miller

All funds contained in HSBC Bank (Panama) account # XXXXX-1186 held in the name of James Miller

*WHEREAS*, on April 18, 2012, this Court entered a Consent Order of Forfeiture declaring the above-listed property forfeitable to the United States. The Order provided that this Court shall retain jurisdiction to enforce the Order, "and to amend it as necessary," pursuant to Federal Rule of Criminal Procedure 32.2(e);

*WHEREAS,* the Government has filed an unopposed motion, pursuant to Federal Rule of Criminal Procedure 32.2(e)(1)(A), to amend the Consent Order of Forfeiture to include the following property:

All funds due Tatiana Miller from any private sale of the real property located at 912 S. Oriole Drive, Virginia Beach, Virginia.

**WHEREAS**, this Court determines, based on the evidence set forth during the defendant's plea hearing, the defendant's plea agreement, and the Government's unopposed motion, that all funds due Tatiana Miller from any private sale of the real property located at 912 S. Oriole Drive, Virginia Beach, Virginia, are subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1);

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. That the Consent Order of Forfeiture is amended, pursuant to Federal Rule of Criminal Procedure 32.2(e)(2)(A), so that the following property is forfeitable to the United States:

The real property located at 912 S. Oriole Drive, Virginia Beach, Virginia; or

All funds due Tatiana Miller from any private sale of the property.

2. The United States, pursuant to 21 U.S.C. § 853(g) and Federal Rule of Criminal Procedure 32.2(b)(3), is authorized to seize all funds due Tatiana Miller from any private sale of the real property located at 912 S. Oriole Drive, Virginia Beach, Virginia.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

4.      The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Anthony Saler, Asset Forfeiture and Money Laundering Section, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C.  20530.

Dated this _____ day of _____, 2012.

_____
EMMET G. SULLIVAN
United States District Court Judge
for the District of Columbia