AO 245B    (Rev 09/11) Judgment in a Criminal Case
           Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| v. | ) | |
| JAMES EDWARD MILLER | ) | Case Number: 12-63 (EGS) |
| | ) | USM Number: 18207-077 |
| | ) | WILLIAM MARTIN/MICHAEL ATKINSON, AUSA |
| | | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    ONE-COUNT INFORMATION

☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.

☐ was found guilty on count(s) _____
  after a plea of not guilty.

**FILED**
NOV 7 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1956(h) | Conspiracy to Commit Money Laundering | March, 2009 | 1 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)  ALL REMAINING COUNTS   ☐ is   ☑ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

OCTOBER 16, 2012
Date of Imposition of Judgment

_Signature of Judge_

EMMET G. SULLIVAN             U.S. DISTRICT JUDGE
Name and Title of Judge

November 6, 2012
Date

AO 245B   (Rev 09/11) Judgment in Criminal Case
             Sheet 2 — Imprisonment

Judgment — Page   2   of   7

DEFENDANT: JAMES EDWARD MILLER
CASE NUMBER: 12-63 (EGS)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

70 Months as to Count 1.

☑ The court makes the following recommendations to the Bureau of Prisons:

The defendant is not required to participate in the Inmate Financial Responsibility program.
The defendant is not to report to a Federal Correctional Facility prior to the date of 1/15/13.
The defendant is to be placed into the Federal Correctional Facility -Camp located in Pensacola, Fla

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☑ as notified by the United States Marshal

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
a _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev 09/11) Judgment in a Criminal Case
              Sheet 3 — Supervised Release

Judgment—Page __3__ of __7__

DEFENDANT: JAMES EDWARD MILLER
CASE NUMBER: 12-63 (EGS)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

36 Months as to Count one

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable)*

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable)*

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev 09/11) Judgment in a Criminal Case
           Sheet 3A — Supervised Release

Judgment—Page 4 of 7

DEFENDANT: JAMES EDWARD MILLER
CASE NUMBER: 12-63 (EGS)

## ADDITIONAL SUPERVISED RELEASE TERMS

Defendant shall pay a $100.00 special assessment and restitution totaling $9,405,230.70, that is jointly and severally owed with CR 11-276-1 Kerry Khan and CR 11-276-4 Harold Babb.

The Court finds that the defendant does not have the ability to pay a fine, and therefore, waives imposition of a fine in this case.

The special assessment is immediately payable to the Clerk of the Court for the U.S. District Court, District of Columbia. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full. The Court waives any interest or penalties that may accrue on unpaid balances. .

Restitution payments shall be made to the Clerk of the Court for the United States District Court, District of Columbia, for disbursement to the victims as follows:

United States Army Corps of Engineers
441 G Street, NW Washington, DC 20314

Within 72 hours of release from custody, you shall report in person to the probation office in the district to which you are released. While on supervision, you shall not possess a firearm or other dangerous weapon, you shall not use or possess an illegal controlled substance, and you shall not commit another federal, state, or local crime. You shall also abide by the general conditions of supervision adopted by the U.S. Probation Office, as well as the following special conditions:

DNA Sample Requirement - Pursuant to 42 USC § 14135a, for all felony offenses, the defendant shall submit to the collection and use of DNA identification information while incarcerated in the Bureau of Prisons, or at the direction of the U.S. Probation Office.

Financial Disclosure - You shall provide the Probation Office with your income tax returns, authorization for release of credit information, and information about any business or finances in which you have a control or interest until all restitution is satisfied.

Restitution Obligation - The defendant shall pay the balance of any restitution owed at a rate of to be determined by the Probation Office.

Financial Restrictions - You are prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of he Probation Office.

Internal Revenue Service - You shall cooperate and arrange with the Internal Revenue Service to pay all past and present taxes, interest, and penalties owed.  you shall file timely,accurate, and lawful income tax returns and show proof of same to the Probation Office.

Community Service-You shall perform 500 Hours Community service, as approved and directed by the Probation office.

AO 245B   (Rev 09/11) Judgment in a Criminal Case
         Sheet 3B — Supervised Release

Judgment—Page  5  of  7 

DEFENDANT: JAMES EDWARD MILLER
CASE NUMBER: 12-63 (EGS)

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

Pursuant to Rule 32.2(a) of the Fed. Rules of Crim Proc., you, James Miller, are ordered to forfeit the following property which was identified as related to the offense of conviction: You consent to a money judgment of $4,055,063. You are also ordered to forfeit the following personal property: $2,000,000 transferred, on or about March 27, 2009, from Monarch Bank Big Surf Construction Management, LLC, account # XXXXX-4344 to First Caribbean International Bank (Bahamas) account # XXX-3684 held in the name of Alliance Investment Management, Ltd.; $218,000 transferred, on or about April 24, 2009, from Monarch Bank Big Surf Construction Management, LLC, account # XXXXX-4344 to Banco General, SA (Panama) account # XX-XX-XX-XXX925-1 held in the name of JP Ventures, Inc.; a 335 Bobcat Compact Excavator #A16U12012; a T190 Compact Truck Loader #531618441; a 2007 Dodge Ram 3500, VIN 3D6WH46A37G801676; a 2008 Chevrolet Silverado, VIN 1GCHC23668F109657; a 2005 Hyundai Tucson, VIN KM8JM12BX5UO98978; a ladies diamond hinged line bracelet set in platinum, Sku #135-10989, purchased on or about January 23, 2010; a gentleman's Corum Admiral's Cup Marees wristwatch, Sku #617-10750, purchased on or about January 28, 2009; a pair of diamond earnings set in 14-karat white gold three pronged martini-style, Sku # 011-10089, purchased on or about January 27, 2009; a diamond engagement ring channel set in platinum Thibaude mounting, Sku # 112-10585 and Sku #009-10023, purchased on or about January 27, 2009; a men's platinum. Jaffe diamond band rig, Sku # 117-10463, purchased on or about February 5, 2011; a ladies platinum wideband diamond eternity jewelry, Sku # 190-10311, purchased on or about February 5, 2011; the real property located at 912 S. Oriole Drive in Virginia Beach, VA, as well as all monies due to Tatiana Miller from the proceeds of the sale of the property; all funds contained in HSBC Bank account #XXXXX-0492 held in the name James Miller; and, all funds contained in HSBC Bank (Panama) account #XXXXX-1186 held in the name of James Miller.

The probation office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the Court.

NOTICE OF APPEAL - You have a right to appeal the sentence imposed by this Court if the period of imprisonment is longer than the statutory maximum or the sentence departs upward from the applicable Sentencing Guideline range. If you choose to appeal, you must file any appeal within 14 days after the Court enters judgment. If you are unable to afford the cost of an appeal, you may request permission from the Court to file an appeal without cost to you

DEFENDANT: JAMES EDWARD MILLER
CASE NUMBER: 12-63 (EGS)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ 9,405,230.70 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| U.S. Army Corps of Engineers |  | $9,405,230.70 |  |
| 441 G Street. NW |  |  |  |
| Washington, DC 20314 |  |  |  |

| **TOTALS** | $ 0.00 | $ 9,405,230.70 |
|---|---|---|

☑ Restitution amount ordered pursuant to plea agreement $ 9,405,230.70

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev 09/11) Judgment in a Criminal Case
            Sheet 6 — Schedule of Payments

Judgment — Page __7__ of __7__

DEFENDANT: JAMES EDWARD MILLER
CASE NUMBER: 12-63 (EGS)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

  Special Assessment in the amount of $100.00 shall be due during the period of supervised release.

  Restitution in the amount of $9,405,230.70 shall be paid jointly and severally with Co-Defendants Kerry Khan and Michael Babb.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

  CR 11-276-1 Kerry Khan and CR 11-276-4 Harold Babb.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.